# EXHIBIT 1

Case 2:14-cv-00491-RSM   Document 1-1   Filed 04/03/14   Page 1 of 11

U.S. Chief Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In The Matter Of The Seizure Of Funds Held In Wells Fargo Bank, N.A. Account No.     2193, In The Name Of Namit Chawla, Up To The Amount Of $124,851.12 | No. **AFFIDAVIT OF IRS TFO RYAN R. RAULERSON IN SUPPORT OF APPLICATION FOR SEIZURE WARRANT** |

I, RYAN R. RAULERSON, a Task Force Officer assigned to the Internal Revenue Service, being duly sworn, depose and state:

1. I am a Task Force Officer ("TFO") assigned to the Financial Intelligence Task Force ("FITF"), which is operated by the Internal Revenue Service, Criminal Investigation ("IRS-CI"), United States Department of the Treasury. I am a Corporal in the Patrol Division of the City of Issaquah Police Department, where I have worked since October 1, 2003. During my tenure with the Issaquah Police Department, I have attended numerous advanced training classes in interview and interrogation, basic homicide investigation, officer-involved shootings, DUI enforcement, financial crimes, collision investigation, and internet crime investigations. In the course of my 4½ year rotation in the detective division, I was responsible for investigating crimes against persons and property, and handled numerous complex financial investigations.

2. With my assignment as a TFO, I have attended the IRS Task Force Officer training class providing specific training on structuring and money laundering. As a TFO,

AFFIDAVIT OF IRS TFO RAULERSON                    1
*In The Matter Of The Seizure Of Funds Held In Wells Fargo Bank, N.A.*
*Acct. In The Name Of Namit Chawla*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

my responsibilities include the investigation of the Bank Secrecy Act (31 U.S.C. §§ 5311, et. seq.), the Money Laundering Control Act (18 U.S.C. §§ 1956 and 1957), and related offenses.

## SUMMARY

3.   This affidavit is submitted in support of an application for a seizure warrant for all funds up to $124,851.12, contained in Wells Fargo Bank, N.A. account no. ******2193, in the name and/or benefit of Namit Chawla, based on probable cause to believe that such funds are subject to seizure and forfeiture to the United States pursuant to 31 U.S.C. § 5317(c) and 18 U.S.C. § 984, as they constitute property involved in, or traceable to, bank currency deposits structured to avoid currency reporting requirements, in violation of 31 U.S.C. § 5324(a)(3).

## LEGAL BACKGROUND

4.   The Bank Secrecy Act, under 31 U.S.C. § 5313 and 31 CFR Chapter X requires any financial institution that engages with a customer in a currency transaction (i.e., deposit or withdrawal) in excess of $10,000.00 to report the transaction to the IRS on Department of the Treasury FinCEN Form 104, Currency Transaction Report ("CTR"). These regulations also require that multiple transactions be treated as a single transaction if the financial institution has knowledge that they are by, or on behalf of, the same person, and they result in currency either received or disbursed by the financial institution totaling more than $10,000.00 during any one business day.

5.   CTRs are often used by law enforcement to uncover a wide variety of illegal activities including narcotics trafficking, money laundering, and tax crimes. Many individuals involved in these illegal activities are aware of such reporting requirements and take active steps to attempt to cause financial institutions to fail to file CTRs. These active steps are often referred to as "smurfing" or "structuring," and involve making multiple currency deposits, in amounts no greater than $10,000.00, to multiple banks and/or branches of the same bank on the same day or consecutive days. Structuring is prohibited by 31 U.S.C. § 5324(a)(3).

AFFIDAVIT OF IRS TFO RAULERSON                 2
In The Matter Of The Seizure Of Funds Held In Wells Fargo Bank, N.A.
Acct. In The Name Of Namit Chawla

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

6. To establish the crime of structuring transactions to evade reporting requirements, the government must prove that, for the purpose of evading the reporting requirements of 31 U.S.C. § 5313(a), or any regulation prescribed under any such section, the subject structured or assisted in structuring, or attempted to structure or assist in structuring, any transaction with one or more domestic financial institutions in amounts greater than $10,000.00.

7. Title 31 U.S.C. § 5317(c) provides for the forfeiture of any property involved in a violation of section 5313, 5316, or 5324 of this title, or any conspiracy to commit any such violation, and any property traceable to any such violation or conspiracy, and that such property shall be forfeited in accordance with the procedures governing civil forfeitures in money laundering cases pursuant to 18 U.S.C. § 981(a)(1)(A).

8. Title 18 U.S.C. § 984 provides in pertinent part:

   (a)(1) In any forfeiture action in rem in which the subject property is cash... [or] funds deposited in an account in a financial institution –

   (A) it shall not be necessary for the Government to identify the specific property involved in the offense that is the basis for the forfeiture; and

   (B) it shall not be a defense that the property involved in such an offense has been removed and replaced by identical property.

   (a)(2) Except as provided in subsection (b), any identical property found in the same place or account as the property involved in the offense that is the basis for the forfeiture shall be Subject to forfeiture under this section.

Title 18 U.S.C. § 984(b) precludes an action to forfeit property not traceable directly to the offense that is the basis for the forfeiture more than one year from the date of the offense.

## CURRENT INVESTIGATION

9. The IRS-CI sponsored FITF, which works in close collaboration with the United States Attorney's Office in Seattle, obtained and reviewed the records of Wells Fargo

AFFIDAVIT OF IRS TFO RAULERSON   3
*In The Matter Of The Seizure Of Funds Held In Wells Fargo Bank, N.A.*
*Acct. In The Name Of Namit Chawla*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

Bank, N.A. account nos. ******2193 and ******7145, in the name of Namit Chawla in Poulsbo, WA.

10.  Based on the information outlined in this affidavit, as well as my training and experience, and the training and experience of my colleagues, it is my belief that Namit Chawla, the holder of accounts ******2193 and ******7145, engaged in a pattern of structuring currency deposits in a manner designed to avoid the filing of CTRs. It appears that the account holder acquired one or more sums of currency greater than $10,000.00, and broke them up into amounts less than $10,000.01 so that his deposits would not trigger the filing of a CTR.

11.  Wells Fargo Bank records show that account no. ******2193 represents a Wells Fargo Goal Savings Account, which was opened on June 9, 2008. Namit Chawla is listed as the sole signer on the account.

12.  Wells Fargo Bank records show that account no. ******7145 represents a PMA Premier Checking Account, which was also opened on June 9, 2008. Namit Chawla is listed as the sole signer on the account.

13.  Wells Fargo Bank records indicate that 16 currency deposits, totaling $134,950.20, were made into the above-described accounts between March 27, 2013 and July 1, 2013. Many of the transactions occurred on the same day, consecutive banking days, or within the same week during this 3-month time period.

14.  The following spreadsheet illustrates the structuring of currency deposits into Wells Fargo Bank, N.A. account nos. ******2193 and ******7145, for the period of March 27, 2013 and July 1, 2013.

//
//
//
//
//
//

AFFIDAVIT OF IRS TFO RAULERSON                         4
In The Matter Of The Seizure Of Funds Held In Wells Fargo Bank, N.A.
Acct. In The Name Of Namit Chawla

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Transactions Per Week | Date | Day | Account | Deposit Amount | Branch Location |
|---|---|---|---|---|---|
| 3 | 3/27/2013 | Wednesday | 7145 | $8,679.00 | Silverdale, WA |
| | 3/27/2013 | Wednesday | 7145 | $482.20 | Silverdale, WA |
| | 3/29/2013 | Friday | 7145 | $9,110.00 | Silverdale, WA |
| 4 | 5/06/2013 | Monday | 2193 | $9,055.00 | Silverdale, WA |
| | 5/07/2013 | Tuesday | 7145 | $9,914.00 | Silverdale, WA |
| | 5/08/2013 | Wednesday | 7145 | $9,978.00 | Silverdale, WA |
| | 5/10/2013 | Friday | 2193 | $9,600.00 | 6696 UNK |
| 2 | 5/16/2013 | Thursday | 7145 | $9,934.00 | Silverdale, WA |
| | 5/17/2013 | Friday | 2193 | $9,995.00 | Silverdale, WA |
| 2 | 5/21/2013 | Tuesday | 2193 | $9,981.00 | Silverdale, WA |
| | 5/22/2013 | Wednesday | 2193 | $8,984.00 | 1716 UNK |
| 1 | 5/29/2013 | Wednesday | 2193 | $8,250.00 | Silverdale, WA |
| 1 | 6/12/2013 | Wednesday | 2193 | $9,421.00 | Poulsbo, WA |
| 1 | 6/18/2013 | Tuesday | 2193 | $7,375.00 | Silverdale, WA |
| 1 | 6/25/2013 | Tuesday | 2193 | $4,611.00 | 7150 UNK |
| 1 | 7/01/2013 | Monday | 2193 | $9,581.00 | Silverdale, WA |
| | | | **Total:** | **$134,950.20** | |
| | | | **Total Account 7145:** | **$48,097.20** | |
| | | | **Total Account 2193:** | **$86,853.00** | |

15. From a review of Wells Fargo Bank records, it is apparent that many of the funds that were structured into Chawla's account no. ******7145 were subsequently moved into Chawla's account no. ******2193. Using the First In-First Out ("FIFO") method to examine the funds deposited into ******7145, your affiant found that of the $48,097.20 in structured deposits into account no. ******7145, $37,998.12 was transferred into account no. ******2193.

16. The FIFO trace of the structured deposits into account no. ******7145 and transferred to account no. ******2193, is explained as follows:

    a. On 3/26/13, account no. ******7145 had a balance of $33,291.91.

    b. On 3/27/13, a deposit of $9,161.20 was made into account no. ******7145.

    c. On 3/29/13, a deposit of $9,110 was made into account no. ******7145.

AFFIDAVIT OF IRS TFO RAULERSON                 5
In The Matter Of The Seizure Of Funds Held In Wells Fargo Bank, N.A.
Acct. In The Name Of Namit Chawla

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    d.    On 4/1/13, $31,000 was transferred from account no. ******7145 to account no. ******2193. This transfer is applied to the original balance of $33,291.91, leaving $2,291.91 as the original "first in" amount.

    e.    On 4/1/13, $490 was transferred out of account no. ******7145 to a private business. This transfer leaves $1,801.91 as the original "first in" amount.

    f.    On 4/16/13, $10,000 was transferred out of account no. ******7145 to the IRS. This transfer uses the remaining $1,801.91 "first in" balance. The remaining $8,198.09 is applied to the first cash deposit of $9,161.20, leaving $963.11 of that deposit in account no. ******7145.

    g.    On 4/23/13, $20 was transferred out of account no. ******7145 to CitiBank. This transfer leaves $943.11 of the first cash deposit.

    h.    On 4/26/13, $490 is transferred out of account no. ******7145 to a private business as payment. This transfer leaves $453.11 of the first cash deposit.

    i.    On 4/26/13, $536.42 was transferred from account no. ******7145 to CitiBank as payment. This amount used the remaining $453.11 of the first cash deposit, and $83.11 is subtracted from the deposit made on 3/29/13, leaving $9,026.69 of that deposit subject to seizure.

    j.    On 5/7/13, a deposit of $9,914 was made into account no. ******7145.

    k.    On 5/8/13, a deposit of $9,978 was made into account no. ******7145.

    l.    On 5/16/13, a deposit of $9,934 was made into account no. ******7145.

    m.    On 5/17/13, $38,000 was transferred from account no. ******7145 to account no. ******2193. This amount includes $9,026.69 which remained from the 3/29/13 deposit. It also includes the deposits on 5/7/13 and 5/8/13, and $9,079.43 of the deposit made on 5/16/13.

    n.    Of the $48,097.20 in structured cash deposits into account no. ******7145, $37,998.12 was transferred into account no. ******2193 and is subject to seizure from that account. Additionally, the $86,853 structured into account no. ******2193 during the past year is subject to seizure, resulting in a total sum of $124,851.12. *See* Appendix A.

AFFIDAVIT OF IRS TFO RAULERSON    6    UNITED STATES ATTORNEY
*In The Matter Of The Seizure Of Funds Held In Wells Fargo Bank, N.A.*    700 STEWART STREET, SUITE 5200
*Acct. In The Name Of Namit Chawla*    SEATTLE, WASHINGTON 98101
(206) 553-7970

17.     In my training and experience, the use of multiple deposits on the same day, consecutive days, or over a short time span, is consistent with a scheme to deliberately avoid having a CTR filed. I know that people who acquire cash in the course of their trade, business, or personal ventures, usually routinely make significant cash deposits into their bank accounts, often exceeding $10,000.00. Moreover, such people routinely make significant deposits that do not consist of round numbers, such as exactly $8,250, $9,055, or $9,995. Instead, people who routinely acquire cash in their trade, business, or personal venture, who are not attempting to intentionally structure cash deposits, generally regularly deposit different amounts of money that are not "even" amounts, such as $3,455.12, $5,440.37, or $10,300.80. I also know that people who do not routinely make significant deposits, but instead make cash deposits in round, even amounts, such as $8,250, $9,055, or $9,995, over a short period of time, are often breaking a larger amount of cash into separate deposits of amounts less than $10,000.01, to avoid triggering the filing of a CTR. In short, when they do this, they are engaging in structuring.

18.     Based on my training and experience, and the training and experience of my colleagues, I know that individuals engaged in structuring currency deposits into their accounts will frequently make several currency deposits into their account within a short period. Additionally, I know that when an individual makes separate currency deposits into their account on the same day, or within a few days, in amounts of $10,000.00 or less, but together totaling more than $10,000.00, as the records reflect that Namit Chawla did, they likely engaged in the act of structuring.

//
//
//
//
//
//
//

AFFIDAVIT OF IRS TFO RAULERSON                        7
In The Matter Of The Seizure Of Funds Held In Wells Fargo Bank, N.A.
Acct. In The Name Of Namit Chawla

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CONCLUSION

19. Based on the foregoing information, there is probable cause to believe that Namit Chawla had in his possession one or more sums of currency greater than $10,000.00, totaling up to $134,950.20, and then broke that sum or sums into currency deposits of less than $10,000.01, during the period of March 27, 2013 to July 1, 2013, in a manner designed to evade the filing of a CTR, which is required for all currency transactions over $10,000.00. The transactions were conducted with a domestic financial institution and are in violation of 31 U.S.C. § 5324(a)(3). Therefore, there is probable cause to believe the funds on deposit in Wells Fargo Bank account no. ******2193, in the name of Namit Chawla, up to the amount of $124,851.12, constitute property involved in or property traceable to deposits structured to avoid currency reporting requirements in violation of 31 U.S.C. § 5324(a)(3), and thus, are subject to seizure and forfeiture to the United States pursuant to 31 U.S.C. § 5317(c) and 18 U.S.C. § 984.

WHEREFORE, I respectfully request the issuance of a seizure warrant for the following personal property:

> All funds up to $124,851.12 from Wells Fargo Bank, N.A. account no. ******2193, in the name of Namit Chawla.

DATED this 28th day of March, 2014.

_____
RYAN R. RAULERSON
Task Force Officer, Internal Revenue Service

SUBSCRIBED and SWORN TO before me this 28 day of March, 2014.

_____
HON. MARY ALICE THEILER
United States Magistrate Judge

AFFIDAVIT OF IRS TFO RAULERSON  8
In The Matter Of The Seizure Of Funds Held In Wells Fargo Bank, N.A.
Acct. In The Name Of Namit Chawla

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

# APPENDIX A

ACCOUNT # 7145

| | | | Beginning Balance | Cash Dep | Interest | Interest | Cash Dep | Cash Dep | Cash Dep |
|---|---|---|---|---|---|---|---|---|---|
| | | | 3/28/2013 | 3/29/2013 | 3/29/2013 | 4/30/2013 | 5/7/2013 | 5/8/2013 | 5/16/2013 |
| | | | $42,453.11 | $9,110.00 | $1.27 | $0.61 | $9,914.00 | $9,978.00 | $9,934.00 |
| Transfer | 4/1/2013 | Transfer to 2913 | $31,000.00 | -$31,000.00 | | | | | |
| Balance | | | $11,453.11 | | | | | | |
| Payment | 4/1/2013 | Payment to Business | -$490.00 | -$490.00 | | | | | |
| Balance | | | $10,963.11 | | | | | | |
| Payment | 4/16/2013 | IRS | $10,000.00 | -$10,000.00 | | | | | |
| Balance | | | $963.11 | | | | | | |
| Payment | 4/23/2013 | CitiBank | -$20.00 | -$20.00 | | | | | |
| Balance | | | $943.11 | | | | | | |
| Payment | 4/26/2013 | Payment to Business | -$490.00 | -$490.00 | | | | | |
| Balance | | | $453.11 | | | | | | |
| Payment | 4/26/2013 | CitiBank | -$536.42 | -$83.31 | | | | | |
| Balance | | | | $9,026.69 | | | | | |
| Transfer | 5/17/2013 | Transfer to 2913 | -$38,000.00 | -$9,026.69 | | -$1.27 | -$0.61 | -$9,914.00 | -$9,978.00 | -$8,079.02 |
| | | | | | | | | | $854.17 |
| | | | | Amount Trasferred to Account # 2193 Subject To Seizure: | | | | | | $37,998.82 |